Bruche Mechanical Corp.
293 Division Ave
Brooklyn NY 11211

Citi Painting Services Inc.
320 Roebling Ste 431
Brooklyn NY 11211

Con Edison
Cooper Station
PO Box 138
New York NY 10276

Expert 1 Electric Inc.
146 Spencer Street Suite 4004
Brooklyn NY 11205

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NY State Department of Tax & Finance
Bankruptcy Section P.O. Box 5300
Albany, NY 12205

NY Tower Capital LLC
1325 Avenue of the Americas
28th Floor
New York, New York

NYC Department of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007

NYC Environmental Protection
59-17 Junction Blvd
Queens, NY 11368

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-4811

Optimum
1111 Stewart Avenue
Bethpage NY 11714

Prime Design Inc.
199 Lee Ave
Suite 638
Brooklyn Ny 11211

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re  KEW NDBM HOLD 2607, LLC          ,           )
    *[Set forth here all names including married, maiden, and trade*           )
    *names used by debtor within last 8 years.]*           )
                                        Debtor           )     Case No.
                                                      )

Last four digits of Social Security No(s):_____)     Chapter  11
Employer Tax Identification (EIN) No(s). (if any) 6538     )

## CERTIFICATION OF MAILING MATRIX

I (we), _____Aaron Slavutin_____, the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses zip codes and, if required, account numbers in redacted form, of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:  January 4, 2023                     /s/ Aaron Slavutin
                                                           Attorney for Debtor/Petitioner
                                                           Debtor(s)/Petitioner(s)

F:LR1007(01/29/2013)